# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cr-130 |
| Peter Armbruster, Mark Wogsland, and Bret Naggs | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter Armbruster                                                                                                                        .

Date:  04/03/2019

/s/ C. Linna Chen
*Attorney's signature*

C. Linna Chen NY Atty No. 4926812
*Printed name and bar number*

Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

*Address*

lchen@loeb.com
*E-mail address*

(212) 407-4953
*Telephone number*

(212) 407-4990
*FAX number*