UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES,

  Plaintiff,

 v.               Case No. 18-CR-130

PETER ARMBRUSTER
MARK WOGSLAND,
and BRET NAGGS,

  Defendants.

---

## DEFENDANT ARMBRUSTER'S RULE 16 MOTION TO COMPEL

Defendant Peter Armbruster, by his undersigned counsel, hereby moves to compel discovery pursuant to Federal Rule of Criminal Procedure Rule 16(d)(2)(A). Defendant Armbruster seeks certain corporate investigation materials, including documents and information related to witness "interview downloads" the Government received from Roadrunner Transportation Systems, Inc. through its outside counsel. In support of the motion, Defendant Armbruster adopts and incorporates the Memorandum of Law submitted by co-defendant Mark Wogsland, Dkt. 91.

Dated: October 18, 2019    Loeb & Loeb LLP

               By: *s/ Andrew R. DeVooght*
                 Andrew R. DeVooght
                 321 North Clark Street, Suite 2300
                 Chicago, IL 60654
                 Tel:  312.464.3100
                 Fax:  312.464.3111

                 C. Linna Chen

345 Park Avenue  
New York, NY 10154  
Tel:     212.407.4000  
Fax:     212.407.4990  
*Attorneys for Defendant Peter Armbruster*