UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES,

    Plaintiff,

  v.                                  Case No. 18-CR-130

PETER ARMBRUSTER
MARK WOGSLAND,
and BRET NAGGS,

    Defendants.

**DEFENDANT ARMBRUSTER'S REPLY IN FURTHER SUPPORT OF MOTION FOR *SANTIAGO* PROFFER FROM GOVERNMENT**

Defendant Peter Armbruster, by and through undersigned counsel, hereby fully adopts and joins the Reply Brief submitted by co-defendant Bret Naggs, Dkt. 104. No other brief will be filed.

Dated: December 18, 2019        LOEB & LOEB LLP

                                        By: *s/ Andrew R. DeVooght*
                                            Andrew R. DeVooght
                                            321 North Clark Street, Suite 2300
                                            Chicago, Illinois 60654
                                            adevooght@loeb.com
                                            Tel: 312-464-3100
                                            Fax: 312-464-3111

                                            C. Linna Chen
                                            345 Park Avenue
                                            New York, New York 10154
                                            lchen@loeb.com
                                            Tel: 212-407-4000
                                            Fax: 212-407-4990

                                            *Attorneys for Defendant Peter Armbruster*