UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES,

    Plaintiff,

  v.                                             Case No. 18-CR-130

PETER ARMBRUSTER
MARK WOGSLAND,
and BRET NAGGS,

    Defendants.

## DEFENDANT PETER ARMBRUSTER'S REPLY IN SUPPORT OF DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S DECISION AND ORDER ON NON-PARTIES' JOINT MOTION TO QUASH SUBPOENAS

Defendant Peter Armbruster, by his undersigned counsel, hereby adopts and incorporates Defendants' Reply in Support of Their Objections to Magistrate Judge's Decision and Order on Non-Parties' Joint Motion to Quash Subpoenas, submitted by co-defendant Mark Wogsland on October 5, 2020 (Dkt. 183).

Dated:   October 5, 2020         Loeb & Loeb LLP

                                            By: *s/ Andrew R. DeVooght*
                                                  Andrew R. DeVooght
                                                  321 North Clark Street, Suite 2300
                                                  Chicago, IL 60654
                                                  Telephone: (312) 464-3100
                                                  Fax: (312) 464-3111

                                                  C. Linna Chen
                                                  345 Park Avenue
                                                  New York, NY 10154
                                                  Telephone: (212) 407-4000
                                                  Fax: (212) 407-4990
                                                  *Attorneys for Defendant Peter Armbruster*