UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 18-CR-130-LA-NJ<br>) |
| v. | )<br>) |
| PETER ARMBRUSTER,<br>MARK WOGSLAND, and<br>BRET NAGGS, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER CONSENTING TO FED. R. CRIM. P. 15(h) DEPOSITION

The Court having considered the parties' Unopposed Motion and Stipulation for a Deposition on Consent of the Parties, pursuant to Fed. R. Crim. P. Rule 15(h), the Court hereby ORDERS as follows:

The Court approves the agreement of the parties to this action and consents to the taking of the deposition of Paige Weiss, at a time and location to be selected by the parties.

IT IS SO ORDERED.

Dated: May 26, 2021

                                                    s/Lynn Adelman
                                                    HON. LYNN ADELMAN
                                                    UNITED STATES DISTRICT JUDGE