# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,     )
                                 )
     Plaintiff,               )
                                 )
         v.               )         Case No. 18-CR-130-MFK
                                 )
PETER ARMBRUSTER,          )
MARK WOGSLAND, and       )
BRET NAGGS,               )
                                 )
     Defendants.            )

## GOVERNMENT'S PROPOSED AMENDMENT TO JURY INSTRUCTION

The United States of America, by and through counsel of record, respectfully moves to amend the instruction for Counts 11, 12, and 13, which charge the defendants with securities fraud under 18 U.S.C. § 1348. Out of an abundance of caution, the government recommends that the Court append the following language to the first element of this instruction, which is found on page 29 of the Court's proposed instructions.

*A scheme to defraud must be material, which means it is capable of influencing the decision of the persons to whom it is addressed.*

While the law remains unsettled on materiality under 18 U.S.C. § 1348(1), the government recommends that additional mention of materiality in this instruction is the prudent course. *See generally United States v. Coscia*, 866 F.3d 782, 799 n.70 (7th Cir. 2017).

Date:   July 22, 2021             Respectfully submitted,

                                           \_\_\_\_/s/_____
                                           Kyle C. Hankey
                                           Emily C. Scruggs
                                           Justin D. Weitz
                                           Acting Principal Assistant Chief
                                           Fraud Section, Criminal Division
                                           U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I, Justin Weitz, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

By: */s/ Justin D. Weitz*
JUSTIN D. WEITZ
Acting Principal Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice

Date: July 22, 2021