UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 18 CR 130 |
| | ) | |
| PETER ARMBRUSTER | ) | |

### VERDICT

We, the jury find as follows with respect to the charges against the defendant, PETER ARMBRUSTER:

| | NOT GUILTY | GUILTY |
|---|---|---|
| COUNT ONE: | ☒ | ☐ |
| COUNT TWO: | ☒ | ☐ |
| COUNT FIVE: | ☐ | ☒ |
| COUNT SIX: | ☐ | ☒ |
| COUNT SEVEN: | ☐ | ☒ |
| COUNT NINE: | ☒ | ☐ |
| COUNT TEN: | ☒ | ☐ |
| COUNT ELEVEN: | ☒ | ☐ |
| COUNT TWELVE: | ☒ | ☐ |
| COUNT THIRTEEN: | ☐ | ☒ |
| COUNT FOURTEEN | ☒ | ☐ |
| COUNT FIFTEEN: | ☒ | ☐ |
| COUNT SIXTEEN: | ☒ | ☐ |
| COUNT SEVENTEEN: | ☒ | ☐ |
| COUNT EIGHTEEN: | ☒ | ☐ |

Date: 7-29, 2021